```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0139--CR (JWS)
                        "USA V CHRISTOPHER ROBERT LOUIS GLECKLER ET AL"
                          DEF 1.1 GLECKLER, CHRISTOPHER ROBERT LOUIS

                       Including terminated defendants, excluding terminated counsel


      Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
     Magistrate Judge:  The Honorable A. Harry Branson, U.S. Magistrate Judge
               Filed:  12/15/04
              Closed:  06/14/05
   No. of Defendants:  2
       MJ Case Number:
                 AKA:
     Location status:  Released on Own Recognizance
          Trial date:
          Terminated:  YES
    Needs interpreter: NO
    Counsel of record: Michael D. Dieni
                       Federal Public Defender
                       550 W. 7th Avenue, Suite 1600
                       Anchorage, AK 99501
                       907-646-3400
                       FAX 907-646-3480
                       Serve: YES
                        Type: FPD
                        Role: Pretrial/Trial


   PLF 1.1 UNITED STATES OF AMERICA

    Counsel of record: Retta-Rae Randall
                       U.S. Attorney's Office
                       222 W. 7th Avenue, #9
                       Anchorage, AK 99513
                       907-271-5071
                       Serve: YES
                        Type: Not specified
                        Role: Pretrial/Trial



   Counts re: DEF 1.1 GLECKLER, CHRISTOPHER ROBERT LOUIS
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 -   1 IND | 1 | 18:371 CONSPIRACY (F) | Dismissed (41-1) |
| 1 -   1 IND | 2 | 18:1344(2) & 18:2 BANK FRAUD (F) | Dismissed (41-1) |
| 1 -   1 IND | 3 | 18:1344(2) & 18:2 BANK FRAUD (F) | Dismissed (41-1) |
| 1 -   1 IND | 4 | 18:1344(2) & 18:2 BANK FRAUD (F) | Dismissed (41-1) |
| 1 -   1 IND | 5 | 18:1344(2) & 18:2 BANK FRAUD (F) | Dismissed (41-1) |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0139--CR (JWS)
                     "USA V CHRISTOPHER ROBERT LOUIS GLECKLER ET AL"
                       DEF 1.1 GLECKLER, CHRISTOPHER ROBERT LOUIS

                  Including terminated defendants, excluding terminated counsel


  1 -    1 IND    6      18:1344(2) & 18:2 BANK FRAUD (F)                      Dismissed
                                                                               (41-1)

  1 -    1 IND    7      18:1708 & 18:2 THEFT OF UNITED STATES MAIL (F)        Sentenced
                                                                               (41-1)
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0139--CR (JWS)
                     "USA V CHRISTOPHER ROBERT LOUIS GLECKLER ET AL"
                            DEF 2.1 CHARLES, RAYMOND VICTOR

                 Including terminated defendants, excluding terminated counsel


    Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:  The Honorable A. Harry Branson, U.S. Magistrate Judge
              Filed: 12/15/04
             Closed: 06/14/05
 No. of Defendants: 2
    MJ Case Number:
                AKA:
    Location status: Released on Own Recognizance
         Trial date:
         Terminated: YES
 Needs interpreter: NO
  Counsel of record: John C. Pharr
                     Law Offices of John C. Pharr
                     733 W. 4th Avenue, Suite 308
                     Anchorage, AK 99501-2103
                     907-272-2525
                     FAX 907-277-9859
                     Serve: YES
                      Type: CJA
                      Role: Pretrial/Trial


 PLF 1.1 UNITED STATES OF AMERICA

 Counsel of record: Retta-Rae Randall
                     U.S. Attorney's Office
                     222 W. 7th Avenue, #9
                     Anchorage, AK 99513
                     907-271-5071
                     Serve: YES
                      Type: Not specified
                      Role: Pretrial/Trial



 Counts re: DEF 2.1 CHARLES, RAYMOND VICTOR

 Document           Count     Citation and Description                      Disposition
 _____           _____     _____                      _____

     1 -   1 IND      1       18:371 CONSPIRACY (F)                         Dismissed
                                                                            (42-1)

     1 -   1 IND      2       18:1344(2) & 18:2 BANK FRAUD (F)              Dismissed
                                                                            (42-1)

     1 -   1 IND      3       18:1344(2) & 18:2 BANK FRAUD (F)              Dismissed
                                                                            (42-1)

     1 -   1 IND      4       18:1344(2) & 18:2 BANK FRAUD (F)              Dismissed
                                                                            (42-1)

     1 -   1 IND      5       18:1344(2) & 18:2 BANK FRAUD (F)              Dismissed
                                                                            (42-1)
```

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0139--CR (JWS)
                         "USA V CHRISTOPHER ROBERT LOUIS GLECKLER ET AL"
                                  DEF 2.1 CHARLES, RAYMOND VICTOR

                     Including terminated defendants, excluding terminated counsel


    1 -    1 IND     6      18:1344(2) & 18:2 BANK FRAUD (F)                    Dismissed
                                                                                (42-1)

    1 -    1 IND     7      18:1708 & 18:2 THEFT OF UNITED STATES MAIL (F)      Sentenced
                                                                                (42-1)
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CRIMINAL DOCKET ENTRIES FOR CASE A04-0139--CR (JWS)
                           "USA V CHRISTOPHER ROBERT LOUIS GLECKLER ET AL"

                                        For all filing dates


  Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
 Magistrate Judge:  The Honorable A. Harry Branson, U.S. Magistrate Judge
            Filed: 12/15/04
           Closed: 06/14/05
No. of Defendants: 2


 Document #   Filed      Docket text

      1 -  1  12/15/04   [Re: DEF 1-2] PLF 1 Indictment.

      2 -  1  12/15/04   [Re: DEF 1-2] JDR Grand Jury Minutes re: bail set @ $5,000.00 unsecured,
                         iss summons, set for arr & notify USM.

   NOTE -  1  12/16/04   Issued: summons on DEF 1 & DEF 2.

   NOTE -  2  12/16/04   Notation: Proposed Trial Date Setting for Arr to USDJ re: DEF 1 & 2.

      3 -  1  12/16/04   [Re: DEF 1] AHB Minute Order setting arr on Indt on 1/28/05 @ 10:00
                         a.m.. cc: USA, Def w/USM cy, USM, USPO

      4 -  1  12/16/04   [Re: DEF 2] AHB Minute Order setting arr on Indt on 1/28/05 @ 10:30
                         a.m.. cc: USA, Def w/USM cy, USM, USPO

      5 -  1  12/20/04   USM Return of svc on summons re: DEF 1 executed on 12/17/04.

      6 -  1  12/20/04   USM Return of svc on summons re: DEF 2 unexecuted.

      7 -  1  12/21/04   [Re: DEF 2] AHB Minute Order that summons has been returned unexecuted.
                         The arr set for 1/28/05 at 10:30 a.m. is VACATED. Govt to provide
                         address or status rprt w/i 30 days.  Arr will be reset and summons
                         reissued upon clerk's receipt of this address. cc: USA, USM

   NOTE -  3  01/07/05   Issued: Summons re: Def 2.

   NOTE -  4  01/07/05   Notation: Proposed Trial Date Setting for D2 arr to USDJ.

      8 -  1  01/07/05   [Re: DEF 2] PLF 1 Notice of filing address (on shortened time).

      9 -  1  01/07/05   [Re: DEF 2] AHB Minute Order that arr is set 2:00 p.m., 2/7/05.  cc:
                         USA, USM, PO, Def (by USM)

     10 -  1  01/10/05   USM Return of svc on summons re: DEF 2 executed on 1/7/05.

     11 -  1  01/25/05   [Re: DEF 1-2] PLF 1 motion to correct error in citation pursuant to
                         Fed.R.Crim.P. 7(c)(3) and (e).

     12 -  1  01/27/05   [Re: DEF 1-2] AHB Order granting motion to correct error in citation
                         pursuant to Fed.R.Crim.P. 7(c)(3) and (e) (11-1); Clerk directed to
                         replace 1st page of Indt w/corrected 1st page att to order.  cc: USA,
                         USM, PO, Judge Sedwick

     13 -  1  01/28/05   [Re: DEF 1] Financial Affidavit.

     14 -  1  01/28/05   [Re: DEF 1] AHB Order regarding preparation for trial; disc conf
                         1/31/05; ptms due 2/15/05.  cc: USA, FPD

     15 -  1  01/28/05   [Re: DEF 1] Order setting conditions of release.  cc: USA, FPD, USM, PO


ACRS: R_RDSDX                    As of 12/01/05 at 2:55 PM by GARRY                        Page 1
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CRIMINAL DOCKET ENTRIES FOR CASE A04-0139--CR (JWS)
                       "USA V CHRISTOPHER ROBERT LOUIS GLECKLER ET AL"

                                    For all filing dates


 Document #   Filed       Docket text

   16 -   1   01/28/05    [Re: DEF 1] AHB Court Minutes [ECR: Denali Elmore] of arr on Indt (held
                          1/28/05); fin aff FILED; FPD appointed; def plead not guilty; order
                          setting conditions FILED; PTMs due 2/15/05; order re: preparation for
                          trial FILED.  cc: USA, FPD, USM, PO, Judge Sedwick

   17 -   1   02/02/05    [Re: DEF 1] JWS Minute Order setting trial by jury for 3/23/05 at 9:00
                          a.m. and FPTC for 3/23/05 at 8:30 a.m.  cc: AUSA, R. Randall, USM, USPO,
                          MJ Branson, JC

   18 -   1   02/08/05    [Re: DEF 2] Order setting conditions of release. cc: AUSA, FPD, USM,
                          USPO, Def w/cns cy

   19 -   1   02/08/05    [Re: DEF 2] AHB Order of Personal Recognizance. cc: AUSA, J. Pharr, USM,
                          USPO, Def w/cnsl cy

   20 -   1   02/08/05    [Re: DEF 2] AHB Order regarding preparation for trial. Parties to meet
                          by 2/9/05.  Pretrial mots due 2/2/05.  cc: AUSA, J. Pharr

   21 -   1   02/08/05    DEF 2 Financial Affidavit.

   22 -   1   02/08/05    [Re: DEF 2] AHB Court Minutes [ECR: Linda Christensen] re Arr on Indt
                          (held 2/7/05): Fin Aff FLD; John Pharr appointed as CJA cnsl; NG pleas
                          entered as to Cts 1-7; bond set at O/R; Personal Recognizance Order FLD;
                          Ordr Setting Conds of Rls FLD; Ordr Re Preparation for Trial FLD; meet &
                          confer date set for 2/9/05; PTMs due 2/22/05; cnsl advised of 3/23/05
                          trial date before Judge Sedwick; def to be processed by USM; def to rpt
                          to USPO after processing.  cc: USA, J. Pharr, FPD CJA Clerk, USM, USPO,
                          Judge Sedwick

   23 -   1   02/08/05    DEF 2 Attorney Appearance of John Pharr.

   24 -   1   02/08/05    [Re: DEF 2] PLF 1 Discovery Conference Certificate.

   25 -   1   02/09/05    [Re: DEF 2] JWS Minute Order setting TBJ on 3/23/05 @ 9:00 a.m. & FPT
                          for 3/23/05 @ 8:30 a.m.. cc: USA, J. Pharr, USM, USPO, MJ Branson, JC

   26 -   1   02/09/05    [Re: DEF 1] PLF 1 Discovery conference certificate.

   27 -   1   02/11/05    [Re: DEF 2] CJA appointment of J. Pharr.

   28 -   1   03/16/05    DEF 2 Notice of Intent to change plea.

   29 -   1   03/17/05    DEF 1 Notice of Intent to change plea.

   30 -   1   03/17/05    [Re: DEF 1] PLF 1 Plea Agreement.

   31 -   1   03/17/05    [Re: DEF 2] PLF 1 Plea Agreement.

   32 -   1   03/18/05    [Re: DEF 1-2] JWS Minute Order setting DEF 1's PCOP hrg on 3/23/05 @
                          9:30 a.m.; DEF 2's PCOP hrg on 3/23/05 @ 10:00 a.m.; vacating 3/23/05
                          FPTC & TBJ. cc: USA, M. Dieni, J. Pharr, USM, USPO, MJ Branson, JC

   33 -   1   03/23/05    [Re: DEF 2] JWS Court Minutes [ECR: Elisa Singleton] re Proposed Change
                          of Plea Hearing (held 3/23/05); def changed plea to guilty on ct 7 of
                          the Indictment; presentence report ordered; IOS set for 6/9/05 at 8:30
                          am; bond continued.  cc: USA,  J. Pharr, USM, USPO, MJ Branson
```

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CRIMINAL DOCKET ENTRIES FOR CASE A04-0139--CR (JWS)
                       "USA V CHRISTOPHER ROBERT LOUIS GLECKLER ET AL"

                                    For all filing dates


Document #    Filed     Docket text

  34 -   1   03/23/05   [Re: DEF 1] JWS Court Minutes [ECR: Robin Carter] Re: PCOP hrging (held
                        3/23/05); def changed plea to guilty on Ct 7 of Indt; IOS set for 6/9/05
                        at 8:00 a.m.; conditions of rls remain as prev set. cc: USA, FPD, USM,
                        USPO, MJ BRANSON

  35 -   1   06/01/05   [Re: DEF 2] PLF 1 Sentencing Memorandum.

  36 -   1   06/01/05   [Re: DEF 1] PLF 1 Sentencing Memorandum.

  37 -   1   06/02/05   DEF 1 Sentencing Memorandum.

  38 -   1   06/03/05   DEF 2 Sentencing Memorandum.

  39 -   1   06/09/05   [Re: DEF 1] JWS Court Minutes [ECR: Elisa Singleton] re IOS (held
                        6/9/06); sentence imposed as stated in the judgment; govt oral motion to
                        dismiss cts 1-6 of Indt granted; bond exonerated.

  40 -   1   06/09/05   [Re: DEF 2] JWS Court Minutes [ECR: Elisa Singleton] re IOS (held
                        6/9/05); sentence imposed as stated in the judgment; Govt Oral Motion to
                        Dismiss cts 1-6 of Indt granted; bond exonerated.

  41 -   1   06/14/05   [Re: DEF 1] JWS Judgment dism cts 1,2,3,4,5,6 of Indt (1-1); pleaded
                        guilty to ct 7 of Indt (1-1); sentenced to 60 mos prob, $100.00 SA. cc:
                        USA, FPD, Def w/cnsls cy, USM, USPO, MJ Branson, Finance, FLU

  42 -   1   06/14/05   [Re: DEF 2] JWS Judgment dism cts 1,2,3,4,5,6 of Indt (1-1); pleaded
                        guilty to ct 7 of Indt (1-1); sentenced to 60 mos prob; $100.00 SA. cc:
                        USA, J. Pharr, Def w/cnsls cy, USM, USPO, MJ Branson, Finance, FLU

  43 -   1   06/23/05   [Re: DEF 2] Partial Transcript re IOS (held 6/9/05).

  44 -   1   06/23/05   [Re: DEF 1] Partial Transcript re IOS (held 6/23/05).

  45 -   1   11/02/05   [Re: DEF 2] JWS Order and petition for prob modif; def to be placed in
                        halfway house w/permission to leave for certain events; def to pay
                        subsistence to halfway house; def may be eligible for release before 6
                        mo period of time imposed. cc: USPO

  46 -   1   11/21/05   [Re: DEF 2] JWS Order and petition for prob modif that def refrain from
                        unlawful use of a controlled substance, submit to drug testing,
                        participate in substance abuse treatment & is prohibited from consuming
                        alcoholic beverages. cc: USPO
```